Fill in this information to identify the case:

United States Bankruptcy Court for the:
Southern District of Texas

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Window Systems of Texas, Inc. |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 7 6 – 0 4 8 2 6 8 1 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14306 Mary Jane Lane<br>Number     Street | Number     Street |
| Tomball, TX 77377<br>City           State   ZIP Code | City           State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Harris<br>County | Number     Street |
| | City           State   ZIP Code |

**5. Debtor's website (URL)**   www.windowsystemsoftexas.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  Window Systems of Texas, Inc.  Case number *(if known)*
　　　　Name

| 7. Describe debtor's business | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>　2　3　8　1 |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.　District _____  When _____  Case number _____<br>　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　District _____  When _____  Case number _____<br>　　　　　　　　　　　　　　　　　MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.　Debtor _____  Relationship _____<br>　　　District _____  When _____<br>　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　Case number, if known _____ |

Debtor     Window Systems of Texas, Inc.                                  Case number *(if known)* _____
           Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.     Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____           _____     _____
City                                      State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes.     Insurance agency   _____
           Contact name       _____
           Phone              _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49         ☐ 50-99          ☐ 1,000-5,000     ☐ 5,001-10,000      ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199      ☐ 200-999        ☐ 10,001-25,000                       ☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

---

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page **3**

Debtor    Window Systems of Texas, Inc.             Case number *(if known)* _____
       Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/26/2023
             MM/ DD/ YYYY

X   /s/ David Mallette                            David Mallette
Signature of authorized representative of debtor         Printed name

Title    President

**18. Signature of attorney**

X   /s/ Robert C Lane                Date   09/26/2023
Signature of attorney for debtor                MM/ DD/ YYYY

Robert C Lane
Printed name

The Lane Law Firm
Firm name

6200 Savoy Dr Ste 1150
Number     Street

Houston                         TX       77036-3369
City                               State      ZIP Code

(713) 595-8200                notifications@lanelaw.com
Contact phone                         Email address

24046263                             TX
Bar number                           State

Fill in this information to identify the case:

Debtor name: Window Systems of Texas, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Billd Exchange, LLC<br>3800 North Lamar Blvd Suite 210<br>Austin, TX 78756 | | Contract | | | | $81,885.62 |
| 2 | Legend Funding - Advance<br>800 Brickell Avenue Suite 902<br>Miami, FL 33131 | | Merchant Cash Advance | Disputed | | | $71,715.00 |
| 3 | PIRS Capital, LLC<br>1688 Meridian Ave Suite 700<br>Miami Beach, FL 33139 | | Merchant Cash Advance | Disputed | | | $160,000.00 |
| 4 | U.S. Small Business Administration<br>Little Rock Commercial Loan Servicing Center<br>2120 Riverfront Drive Suite 100<br>Little Rock, AR 72202 | | SBA Loan | | | | $500,000.00 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor    Window Systems of Texas, Inc.    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Window Systems of Texas, Inc.**                    CASE NO

                                                           CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    09/26/2023        Signature                    /s/ David Mallette
                                                    David Mallette, President

ALLIANCE FUNDING GROUP
17542 17TH STREET #200
TUSTIN, CA 92780


BILLD EXCHANGE, LLC
3800 NORTH LAMAR BLVD SUITE 210
AUSTIN, TX 78756


BILLD EXCHANGE, LLC
1001 W. CYPRESS CREEK ROAD SUITE 203
FORT LAUDERDALE, FL 33309


LEGEND FUNDING - ADVANCE
800 BRICKELL AVENUE SUITE 902
MIAMI, FL 33131


PIRS CAPITAL, LLC
1688 MERIDIAN AVE SUITE 700
MIAMI BEACH, FL 33139


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


U.S. SMALL BUSINESS ADMINISTRATION
LITTLE ROCK COMMERCIAL LOAN SERVICING CENTER
2120 RIVERFRONT DRIVE SUITE 100
LITTLE ROCK, AR 72202

WINDOW SYSTEMS OF TEXAS, INC.
14306 MARY JANE LANE
TOMBALL, TX 77377

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   | | |
   |---|---:|
   | a. Total assets | $0.00 |
   | b. Total debts (including debts listed in 2.c., below) | $813,600.62 |
   | c. Debt securities held by more than 500 holders | |

   Approximate number of holders:

   secured ☐  unsecured ☐  subordinated ☐
   secured ☐  unsecured ☐  subordinated ☐
   secured ☐  unsecured ☐  subordinated ☐
   secured ☐  unsecured ☐  subordinated ☐
   secured ☐  unsecured ☐  subordinated ☐

   d. Number of shares of preferred stock
   e. Number of shares common stock

   Comments, if any:

3. Brief description of debtor's business

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

IN RE: **Window Systems of Texas, Inc.**

CASE NO

CHAPTER **11**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date 09/26/2023

/s/ David Mallette
David Mallette
President
EIN No. 2 6 8 1

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date 09/26/2023

/s/ Robert C Lane
Robert C Lane
Attorney