## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | |
|---|---|
| Main Case No: 23-33685 | Name of Debtor: Window Systems of Texas, Inc. |
| | |
| Witness(es):<br>1. David Mallette | Judge: Jeffrey P. Norman |
| | Courtroom Deputy: Mario Rios |
| | Hearing Date: October 10, 2023 |
| | Hearing Time: 9:30 AM |
| | Party's Name: Window Systems of Texas, Inc. |
| | Attorney's Name: Robert "Chip" Lane |
| | Attorney's Phone: 713-595-8200 |
| | Nature of Proceeding: Final Hearing on Motion for Authority to Use Cash Collateral |
| | |

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| | **Emergency Motion for Authority to Use Cash Collateral (Docket No. 2)** | | | | |
| 1 | 14-day and 30-day Budget | | | | |
| 2 | UCC Lien List | | | | |
| 3 | SBA<br>(UCC Lien Position 1) | | | | |
| 4 | Uknown UCC Lien Creditor<br>(UCC Lien Position 2) | | | | |
| 5 | PIRS Capital<br>(UCC Lien Position 3) | | | | |
| 6 | Legal Advance Funding<br>(UCC Lien Position 4) | | | | |
| 7 | Schedules A/B with Summary | | | | |
| 8 | Schedule D | | | | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Witness and Exhibit List with Exhibits for the Final Cash Collateral Hearing was served by United States first class mail, postage prepaid to the parties listed on the attached mailing matrix and additional service either via electronic notice by the court's ECF noticing system and/or by electronic Email Notification on October 5, 2023:

Debtor:
Window Systems of Texas, Inc.
14306 Mary Jane Lane
Tomball, TX 77377

US Trustee:
Office of The United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

Notice will be electronically mailed to:
Hector Duran, Jr on behalf of U.S. Trustee US Trustee
Hector.Duran.Jr@usdoj.gov

Susan R. Fuertes on behalf of Creditor Harris County, ATTN: Property Tax Division
taxbankruptcy.cao@harriscountytx.gov

Robert Chamless Lane on behalf of Debtor Window Systems of Texas, Inc.
chip.lane@lanelaw.com, thelanelawfirm@jubileebk.net;notifications@lanelaw.com

Brendon D Singh
Brendon.singh@ctsattorneys.com, corraltransinghllp@jubileebk.net;cbds11@trustesolutions.net

Barry Turner on behalf of Creditor Legend Advance Funding II, LLC
bt@bstpa.com, mzucker@dunnlawpa.com;rbasnueva@dunnlawpa.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Electronic Email Notification:

contracts@legendfunding.com

ladjoda@legendfunding.com

info@legendfunding.com

Myra.Siddiqui@usdoj.gov

NoticetoPIRS@pirscapital.com

Eric.Mallinger@PIRSCapital.com

                                             <u>*/s/Robert C. Lane*</u>
                                             Robert C. Lane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 23-33685<br>Southern District of Texas<br>Houston<br>Thu Oct  5 08:10:13 CDT 2023 | (p)HARRIS COUNTY ATTORNEY'S OFFICE<br>P O BOX 2928<br>HOUSTON TX 77252-2928 | Window Systems of Texas, Inc.<br>14306 Mary Jane Lane<br>Tomball, TX 77377-6297 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | 512 Drafting<br>8705 Shoal Creek Blvd Suite 211<br>Austin, TX 78757-6848 | A3 Glass Fabricator<br>13021 Windfern Road<br>Houston, TX 77064-3006 |
| ACME Architectural Hardware<br>PO Box BOX 925566<br>Houston, TX 77292-5566 | Advisors Jr, LLC<br>10010 Darrell Springs<br>Tomball, TX 77375-8743 | All Seasons<br>400 Ambassador Row<br>Irving, TX 75064-0001 |
| (p)ALLIANCE FUNDING GROUP<br>17542 17TH STREET<br>SUITE 200<br>TUSTIN CA 92780-1960 | Amegy Bank<br>P.O. Box 4837<br>Houston, TX 77210-4837 | American Express<br>Bankruptcy Unit<br>P.O Box 297817<br>Fort Lauderdale, FL 33329-7817 |
| Americlad Quality Metalcrafts<br>21925 Industrial blvd<br>Rogers, MN 55374-2107 | ArmorTex<br>5926 Corridor Parkway<br>Schertz, TX 78154-3201 | Assa Abloy<br>9001 Jameel Road Suite 190<br>Houston, TX 77040-5092 |
| Big City Access, Inc<br>3131 52nd Ave<br>Sacramento, CA 95823-1022 | Billd Exchange, LLC<br>1001 W. Cypress Creek Road Suite 203<br>Fort Lauderdale, FL 33309-1949 | Billd Exchange, LLC<br>3800 North Lamar Blvd Suite 210<br>Austin, TX 78756-0003 |
| Black Label Commercial Group<br>1620 FM 1960 Road<br>Houston, TX 77073-1579 | Builders Products<br>2440 McAllister Road<br>Houston, TX 77092-8023 | Clarity<br>55555 W. Sam Houston Pwky N<br>Houston, TX 77041 |
| Complete Line Glass<br>6455 Burlington N<br>Houston, TX 77092-1108 | David Mallette<br>15489 Queen Elizabeth Court<br>Montgomery, TX 77316-2689 | Demichelle<br>2110 S. Douglas Drive<br>Chandler, AZ 85286-0252 |
| Door Control Services<br>825 Sandy Lake Road Suite 100<br>Coppell, TX 75019-7408 | Door Controls USA Inc.<br>PO Box 728<br>Tyler, TX 75710-0728 | Empire Architectural Coatings LLC<br>2746 Broad Timbers Drive<br>Spring, TX 77373-5075 |
| Equipment Share<br>Po Box 650574<br>PO Box 650429<br>Dallas, TX 75265-0429 | Foster & Wolking, P.C.<br>80 Fifth Avenue Suite 1401<br>New York, NY 10011-8097 | H & E Equipment Services<br>PO Box 849850<br>Dallas, TX 75284-9850 |

| | | |
|---|---|---|
| Holt Construction<br>16770 Imperial Valley Drive Suite 120<br>Houston, TX 77060-3417 | Home Depot Credit Services<br>Po Box 790345<br>63179-0345 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JLM<br>1501 Summit Ave Suite 3<br>Plano, TX 75074-8176 | Jerry's Doors<br>6005 Milwee Unit# 813<br>Houston, TX 77092-6264 | Kawneer<br>6615 Roxburgh Drive<br>Houston, TX 77041-5211 |
| Knowles Door Check<br>811 Mill Street<br>Wichita Falls, TX 76301-5337 | LTS Drafting & Engineering LLC<br>8670 Concord Center Drive<br>Englewood, CO 80112-7070 | Legend Funding - Advance<br>800 Brickell Avenue Suite 902<br>Miami, FL 33131-2966 |
| Lightning Logistics<br>PO Box 21149<br>Houston, TX 77226-1149 | Mallette Investments, LLC<br>15489 Queen Elizabeth Court<br>15489 Queen Elizabeth Court<br>Montgomery, TX 77316-2689 | Mobile Modular Management Corp<br>PO Box 45043<br>San Francisco, CA 94145-5043 |
| OG's Glazing & Waterproofing<br>3806 Cicada Lane<br>Houston, TX 77039-4528 | Old Castle Southerland Company<br>PO Box 841785<br>Dallas, TX 75284-1785 | Oldcastle Building Envelope - Houston<br>4822 Southerland Road<br>Houston, TX 77092-3024 |
| PIRS Capital, LLC<br>1688 Meridian Ave Suite 700<br>Miami Beach, FL 33139-2713 | Precision Glass<br>2330 Peyton Road<br>Houston, TX 77032-2018 | R7 Glass LLC<br>5900 Bissonnet Street Apt 2008<br>Houston, TX 77081-6955 |
| REDCO Tool & Fastener Supply LLC<br>9095 Emmott Road<br>Houston, TX 77040-3511 | Rent-A-Glazier, LLC<br>4402 Dreyfus Street<br>Houston, TX 77021-5806 | SSI - Houston<br>PO Box 50009<br>Tulsa, OK 74150-0009 |
| Santiago Alvarado<br>10010 Fulton St.<br>Houston, TX 77076-4223 | Shell Card<br>PO Box 183018<br>Columbus, OH 43218-3018 | Site Pro<br>8787 Wallisville Road<br>Houston, TX 77029-1315 |
| Solar Shade Window Tinting<br>5815 FM 1960<br>Humble, TX 77346-2727 | Stanley Access Technologies<br>PO Box 371595<br>Pittsburgh, PA 15251-0001 | Sunstate Equipment<br>PO Box 52581<br>Phoenix, AZ 85072-2581 |
| TMG<br>1220 Blalock Road Suite 300<br>Houston, TX 77055-6462 | Texas Access Controls<br>PO Box 676576<br>Dallas, TX 75267-6576 | The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 |

```
Trulite Glass & Aluminum Solutions LLC    U.S. Small Business Administration        US Trustee
PO Box 935480                             Little Rock Commercial Loan Servicing Ce  Office of the US Trustee
Atlanta, GA 31193-5480                    2120 Riverfront Drive Suite 100           515 Rusk Ave
                                          Little Rock, AR 72202-1794                Ste 3516
                                                                                    Houston, TX 77002-2604


Uline                                     Brendon D Singh                           Robert Chamless Lane
12575 Uline Drive                         Tran Singh, LLP                           The Lane Law Firm
Pleasant Prairie, WI 53158-3686           2502 La Branch Street                     6200 Savoy Drive
                                          Houston, TX 77004-1028                    Ste 1150
                                                                                    Houston, TX 77036-3369
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Harris County, ATTN: Property Tax Division    Alliance Funding Group
Harris County Attorney's Office               17542 17th Street #200
P.O. Box 2928                                 Tustin, CA 92780
Houston, TX 77252-2928 United States
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Legend Advance Funding II, LLC        (d)Window Systems of Texas, Inc.          End of Label Matrix
                                         14306 Mary Jane Lane                      Mailable recipients    65
                                         Tomball, TX 77377-6297                    Bypassed recipients     2
                                                                                   Total                  67
```