United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 18, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-33685 |
| WINDOW SYSTEMS OF TEXAS, INC. | § | |
| | § | |
| Debtor | § | CHAPTER 11 |

## FINAL DECREE AND CLOSING OF CASE
### (Docket No. 119)

On this day, the Court considered the Motion for Final Decree and Closing of Case (the ("Motion") filed Window Systems of Texas, Inc., Debtor in the above referenced matter. The Court finds that the Debtor filed and served the Motion on June 20, 2024, and that no objections to the Motion have been filed. The Court further finds that the Plan of Window Systems of Texas, Inc. has been substantially consummated. It is,

**ORDERED** that the Motion for Final Decree and Closing of Case is APPROVED, and the Chapter 11 Subchapter V case of Window Systems of Texas, Inc. is hereby closed.

Signed: July 18, 2024

_____
Jeffrey P. Norman
United States Bankruptcy Judge